UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Lue Yang, | Civ. No. 22-2732 (PAM/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| State of Minnesota, City of Minneapolis, City of Richfield, Richfield Police Department, and John Does, Police Officers for the Richfield Police Department, | |
| Defendants. | |

This matter is before the Court on the Report and Recommendation ("R&R") of Judge John F. Docherty dated November 30, 2022. (Docket No. 7.) The R&R recommends dismissal without prejudice of Plaintiff Lue Yang's claims against Defendants State of Minnesota, City of Minneapolis, and Richfield Police Department for failure to state a claim against these entities. Yang did not file any objections to the R&R, and the time to do so is now past. D. Minn. L.R. 72.2(b)(1).

This Court must review de novo any portion of an R&R to which specific objections are made, but in the absence of objections, the Court reviews the R&R only for clear error. 28 U.S.C. § 636(b)(1); D. Minn. L.R. 72.2(b); see also Grinder v. Gammon, 73 F.3d 793, 795 (8th Cir. 1996) (noting that district court need only review un-objected-to R&R for clear error). The Court has reviewed the R&R and finds no error, clear or otherwise, in the Magistrate Judge's reasoning.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The R&R (Docket No. 7) is **ADOPTED**; and

2. Defendants State of Minnesota, City of Minneapolis, and Richfield Police Department are **DISMISSED without prejudice** from this action.

Dated:     December 21, 2022                              *s/Paul A. Magnuson*
                                                         Paul A. Magnuson
                                                         United States District Court Judge